[No. 15459-5-II. Division Two. October 12, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM RUTHERFORD, *Petitioner*.

Appeal from a judgment of the Superior Court for Clark County, No. 91-1-00205-3, James D. Ladley, J., entered October 11, 1991. *Reversed* and *dismissed* by unpublished opin-

ion per Morgan, J., concurred in by Seinfeld, A.C.J., and Houghton, J.